UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERCK SHARP & DOHME CORP., <br><br> Plaintiff, <br><br> v. <br><br> ROXANE LABORATORIES, INC., <br><br> Defendant. | Civil Action No. 3:15-cv-01804-PGS-DEA |

### STIPULATION AND ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Merck Sharp & Dohme Corp. ("Plaintiff"), and Roxane Laboratories, Inc. ("Defendant"), the parties in the above-captioned action, hereby stipulate that all claims in this action are dismissed without prejudice and without costs, disbursements or attorneys' fees to any party.

### ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiff and Defendant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. All claims, defenses, and counterclaims in this matter, including the allegations and averments contained therein, are hereby dismissed, without prejudice.

2. Plaintiff and Defendant each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order of Dismissal.

3. This Court has jurisdiction over Plaintiff and Defendant for the purposes of enforcing this Stipulation and Order of Dismissal.

4. This Stipulation and Order of Dismissal shall fully resolve this Action between Plaintiff and Defendant.

5. The Clerk of the Court is directed to enter this Stipulation and Order of Dismissal forthwith.

Dated: October 12, 2017

s/ Charles H. Chevalier

David E. De Lorenzi
Charles H. Chevalier
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545

Of Counsel:
Evan R. Chesler
David R. Marriott
David Greenwald
James E. Canning
**CRAVATH, SWAINE & MOORE LLP**
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Merck Sharp & Dohme Corp.*

s/ Elissa J. Glasband

Elissa J. Glasband
**LOCKE LORD LLP**
44 Whippany Road, Suite 280
Morristown, New Jersey 07960
Phone: (973) 520-2300

Of Counsel:
Alan B. Clement
**LOCKE LORD LLP**
Brookfield Place
200 Vesey Street
New York, New York 10281
(222) 415-8600

Myoka Kim Goodin
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, Illinois 60606
(322) 443-0700

*Attorneys for Defendant Roxane Laboratories, Inc.*

IT IS SO ORDERED

Dated: 11/6/17

*The court is [signing] this Order based on the consent of the parties. The court has not reviewed the terms of the settlement*

HONORABLE PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE

2